STATE of Missouri, Respondent,

v.

Nathaniel EDWARDS, Appellant.

No. WD 39255.

Missouri Court of Appeals,
Western District.

Nov. 10, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 29, 1987.

Application to Transfer Denied Feb. 17, 1988.

Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster, Atty. Gen., Jared Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from conviction of possession of weapon on premises of correctional institution, § 217.360.1(4), RSMo 1986.

Judgment affirmed. Rule 30.25(b).